**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2261**

_____

P.C.,

                  Petitioner,

      v.

LORETTA E. LYNCH, Attorney General,

                  Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: August 10, 2015        Decided: September 2, 2015

_____

Before KING, AGEE, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

W. Rob Heroy, GOODMAN, CARR PLLC, Charlotte, North Carolina, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Ernesto H. Molina, Jr., Assistant Director, Sheri R. Glaser, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P.C., a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reconsider. We have reviewed the administrative record and the Board's order and find no abuse of discretion. We therefore deny the petition for review for the reasons stated by the Board. See In re: P.C. (B.I.A. Oct. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED